REANEY, Appellant, v. UNION COUNTY, Respondent
(12 N. W.2d 14.)
(File No. 8633. Opinion filed December 3, 1943.)

For former opinion, see 69 S. D. —, 10 N. W.2d 762.

**Danforth & Danforth,** of Sioux Falls, for Appellant.

**Clifford C. Oden** and **O. C. Donley,** both of Elk Point, for Respondent.

PER CURIAM. After careful consideration of the argument of counsel upon rehearing, we adhere to the views expressed in the above entitled cause and reported in 69 S. D. 392, 10 N. W.2d 762.